ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                      )
                                                 )
The Boeing Company                               )     ASBCA No. 62564
                                                 )
Under Contract No. W58RGZ-14-D-0045              )

APPEARANCES FOR THE APPELLANT:          Scott M. McCaleb, Esq.
                                        Scott A. Felder, Esq.
                                          Wiley Rein LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Scott N. Flesch, Esq.
                                          Army Chief Trial Attorney
                                        Robert B. Neill, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 10, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62564, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:  August 11, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals